IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDY EUGENE SELTZER;
**2.**    **DAVID LEE ORTEGO**,

    Defendant.

## ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

    Plaintiff David Lee Ortego's Motion to Appear at Status Conference By Telephone (Dkt. # 37) is GRANTED. It is ORDERED that Defendant Ortego and his counsel may appear via telephone at the 8:15 a.m. status conference on March 22, 2007. Counsel is DIRECTED to arrange to call Chambers at 303-335-2174 **(no speaker, cordless or cell phones are permitted)** at the appropriate time to be forwarded to the courtroom telephone. Counsel and Defendant Ortego should have access to two separate telephones.

    DATED: February 15, 2007

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge